UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONIE'L DON ANTOINE | CIVIL ACTION |
| VERSUS | NO. 16-15781 |
| SHERIFF JERRY J. LARPENTER, ET AL | SECTION "A" (4) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Ronie'l Don Antoine's § 1983 claims against Sheriff Jerry J. Larpenter and Warden Claude Triche are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted under 28 U.S.C. § 1915, § 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 6th day of February, 2017.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE